IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONAHUE FIELDS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RACKSON RESTAURANTS, LLC, <br><br> Defendant. | Civil Action No. 1:24-cv-09265-DEH-BCM |

## STIPULATION FOR DISMISSAL

Plaintiff, Donahue Fields, and Defendant, Rackson Restaurants, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 14, 2025

KAMBERLAW

By _____
Scott A. Kamber, Esq.
201 Milwaukee Street, Suite 200
Denver, Colorado 80207
Telephone: (646) 964-9600
Email: skamber@kamberlaw.com

*Attorneys for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.,

By: _____
Jamie Harr, Esq.
599 Lexington Avenue, 17th Floor
New York, New York 10022
Telephone: (212) 492-2070
Email: Jamie.haar@ogletree.com

*Attorneys for Defendant*

SO ORDERED.

Dated: March 19, 2025
New York, New York

_____
Dale E. Ho
United States District Judge